IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIGUEL A. GIMENEZ,**<br>　　　　　Petitioner,<br><br>　　　　v.<br><br>**KENNETH CAMERON, and**<br>**THE ATTORNEY GENERAL OF THE**<br>**STATE OF PENNSYLVANIA,**<br>　　　　　Respondents. | **CIVIL ACTION**<br><br><br><br><br>**NO.  14-6255** |

**O R D E R**

**AND NOW**, this 7th day of April, 2015, upon consideration of Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by *pro se* petitioner, Miguel A. Gimenez, the record in this case, the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated March 10, 2015, and Petitioner's Written Objections to Magistrate Judge's Report and Recommendation, **IT IS ORDERED** as follows:

　　　　1.　　The Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated March 10, 2015, is **APPROVED** and **ADOPTED**;

　　　　2.　　*Pro se* Petitioner's Written Objections to Magistrate Judge's Report and Recommendation are **OVERRULED**.  *Pro se* petitioner's Objections to the Magistrate Judge's disposition of *pro se* petitioner's ineffective assistance of counsel and unlawfully induced guilty plea claims were addressed at length in the Report and Recommendation with which this Court is in complete agreement;

　　　　3.　　Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by *pro se* petitioner, Miguel A. Gimenez, is **DENIED**; and,

4. A certificate of appealability will not issue because reasonable jurists would not debate this Court's decision that the petition does not state a valid claim of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**